**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 23-4722-JFW(PVCx)** | Date: June 23, 2023 |
| Title: | Stanley Royal -v- CVS Pharmacy, Inc. | |

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**    **ORDER TO SHOW CAUSE**

     Based on Defendant CVS Pharmacy Inc.'s Statement Re: Local Rule 7-3 (Docket No. 10), it appears that Plaintiff has failed to participate in the Local Rule 7-3 Conference.  Accordingly, Plaintiff is ordered to show cause, in writing, by **July 5, 2023** why the Court should not impose sanctions in the amount of $750.00 and dismiss this action for Plaintiff's failure to cooperate with counsel and comply with the Court's Standing Order and Local Rules.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  See Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or dismissal of this action.

     IT IS SO ORDERED.